UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

v().

Case No. 1:20-cr-15

HON. JANET T. NEFF

INES ANTONIO GIL,
a/k/a INES ANTONIO BALDES-ALVAREZ,
a/k/a MANUEL ANTONIO VALDEZ HILL,

    Defendant.
_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on February 28, 2020 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 16) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.


Dated: March 16, 2020
    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge